■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARNELL SHANNON, Appellant.—Judgment unanimously affirmed. Memorandum: There is no merit to defendant's argument that the sentencing court erred in failing to honor its sentence agreement. Where, as here, the court expressly makes a commitment to impose a particular sentence subject to certain conditions, and defendant violates one of those

conditions, the court is no longer bound by the agreement and may impose a greater sentence without giving defendant an opportunity to withdraw his plea *(see, People v Brooks,* 154 AD2d 931; *see also, People v Murello,* 39 NY2d 879; *People v Dodson,* 114 AD2d 421; *People v McDaniels,* 111 AD2d 876). In any event, defendant did not move to withdraw his guilty plea and thus did not preserve this issue for appellate review *(see, People v Brooks, supra; People v Lopez,* 71 NY2d 662).

We have examined defendant's other contention and find it likewise to be without merit. (Appeal from Judgment of Supreme Court, Monroe County, Doyle, J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Callahan, J. P., Doerr, Denman, Green and Lowery, JJ.